IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAAC ARAGON,

    Plaintiff,

v.                                                      No. 1:23-cv-00359-KWR-JFR

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY d/b/a METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY d/b/a METLIFE AUTO AND HOME, FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,

    Defendants.

**ORDER DISMISSING COUNT VII**
**OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

**THIS MATTER** having come before the Court on *Farmers' Motion to Dismiss Count VII of Plaintiff's Complaint* (**Doc. 5**) ("Motion") and the *Stipulation to Dismiss Count VII for Negligence of Plaintiff's First Amended Complaint* (**Doc. 12**), the Court, being fully advised in the premises,

**HEREBY FINDS AND ORDERS** that Count VII (Negligence by All Defendants and Their Employees) of Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**, with each party bearing their own attorneys' fees and costs associated with this dismissal.

**IT IS SO ORDERED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**RESPECTFULLY SUBMITTED:**

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Courtenay L. Keller*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Farmers*

**APPROVED:**

**KELLER & KELLER, LLC**

*/s/ Michael G. Duran (via email 6/6/23)*
Michael G. Duran
Daniel T. Cornish
Samantha L. Drum
6301 Indian School Rd. NE, Ste. 920
Albuquerque, NM  87110
(505) 938-2300
michaeld@2keller.com
dcornish@2keller.com
sdrum@2keller.com
*Attorneys for Plaintiff*

*/s/ Meena H. Allen (via email 6/6/23)*
Meena H. Allen
Jacqueline D. Mosher
Allen Law Firm, LLC
6121 Indian School Road NE, Suite 230
Albuquerque, NM  87110
(505) 298-9400
mallen@mallen-law.com
jmosher@mallen-law.com
*Attorneys for Safeco*